NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1170

SRAM CORPORATION (now known as SRAM, LLC),

Plaintiff-Appellee,

v.

AD-II ENGINEERING, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the Northern District of Illinois in consolidated case nos. 00-CV-6675 and 01-CV-62, Judge Robert W. Gettleman.

ON MOTION

## O R D E R

Upon consideration of SRAM Corporation's unopposed motion to reform the caption to indicate that it has merged into SRAM, LLC,

IT IS ORDERED THAT:

The motion is granted and the revised official caption is reflected above.

FOR THE COURT

MAR 1 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

cc: Richard B. Walsh, Jr., Esq.
Michael T. Brady, Esq.

MAR 1 0 2009

s8

JAN HORBALY
CLERK